Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Boulevard
Suite 1101
Los Angeles, CA 90024
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Andrea R. Gold (*pro hac vice*)
*agold@tzlegal.com*
David A. McGee (*pro hac vice*)
*dmcgee@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Attorneys for Plaintiff Stephan Herrick*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Stephan Herrick, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TTE TECHNOLOGY, INC. dba TCL NORTH AMERICA.<br><br>Defendant. | Case No. 5:25-cv-00945-SB (SPx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hearing Date: June 27, 2025<br>Time: 8:30 A.M.<br>Place: First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012<br>Courtroom 6C<br><br>[Concurrently filed with Memorandum of Points and Authorities In Support Of Plaintiff's Motion to Remand and [Proposed] Order Granting Motion to Remand] |

# MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 27, 2025, at 8:30 A.M. in the First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012 Courtroom 6C, Plaintiff Stephan Herrick ("Plaintiff") will, and hereby does, move this Court for an order remanding this action to the Superior Court of the State of California for Orange County.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated: May 21, 2025

Respectfully Submitted,

*/s/ Annick M. Persinger*

Annick M. Persinger
Andrea R. Gold
David A. McGee
Attorneys for Plaintiff,
Stephan Herrick